

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**THE CHARTER OAK FIRE**
**INSURANCE COMPANY,**

    Plaintiff,

v.                                      Case No.: 03-2989 D

**BROAN NUTONE, LLC.,**

    Defendant.

---

## ORDER GRANTING MOTION FOR RESETTING

---

It appearing to the Court that Plaintiff's motion for resetting is well-taken, it is therefore ORDERED, ADUDGED AND DECREED that the trial schedule is amended as follows:

    Trial:   Monday, October 17, 2005, at 9:00 a.m.

    Pretrial Conference: Monday, October 3, 2005, at 8:45 a.m.

    Pretrial Order Due by 5:00 p.m. September 26, 2005

**IT IS SO ORDERED** this _5th_ day of _September_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _7-11-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02989 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Charles G. Walker
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT