UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

THE CHARTER OAK FIRE INSURANCE CO.  :
:
Plaintiff,                          :CIVIL ACTION NO: 03-2989-D
:
v.                                  :
:
BROAN NUTONE, LLC,                  :
:
Defendants.                         :

## MOTION FOR OUT-OF-STATE COUNSEL TO APPEAR PRO HAC VICE

Pursuant to Rule 19 of the Rules of the Supreme Court of the State of Tennessee, attorney Patrick J. Hodan of the firm of Reinhart Boerner Van Deuren, which has offices located in Milwaukee, Wisconsin, hereby moves to be admitted as counsel pro hac vice as to be able to act as co-counsel on behalf of Defendant Broan Nutone. This motion is supported by the accompanying affidavit as is required by Rule 19. Pursuant to Rule 19(3), the State of Wisconsin places no more restrictive conditions for the appearance of foreign lawyers in its jurisdiction.

Wherefore, attorney Patrick J Hodan requests that this Honorable Court enter an order permitting him to appear as counsel pro hac vice on behalf of Defendant.

**MOTION GRANTED**
DATE: 8-18-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-19-05



Defendant's counsel has conferred with Brian Henry and Joe Broy, counsel for the Plaintiff, and they has no objection.

Respectfully submitted,

By: /s/ Edward M. Bearman
Edward M. Bearman (14242)
780 Ridge Lake Boulevard
Suite 202
Memphis, Tennessee  38120
(901) 682-3450

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Out-of-State Counsel to Appear Pro Hac Vice has been served upon opposing counsel via U.S. Mail postage prepaid on the ___ day of _____, 2005 at the following address:

Brian Henry
Attorney at Law
750 Main Street, Suite 510
Hartford, Connecticut  06103

/s/ Edward M. Bearman
Edward M. Bearman

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CV-02989 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Charles G. Walker
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202

Honorable Bernice Donald
US DISTRICT COURT