FILED BY _____ D.C.

05 DEC 15 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

THE CHARTER OAK FIRE INSURANCE
COMPANY,

                      Plaintiff,

vs.

BROAN NUTONE LLC,

                  Defendant.

Civil Action No.  03-2989-D

## ORDER OF COMPROMISE SETTLEMENT AND DISMISSAL

It appearing to the Court as evidenced by the signatures of counsel hereon that all matters of controversy between the Plaintiff and Defendant, have been compromised and settled.

IT IS, THEREFORE, ORDERED THAT: the action of Plaintiff against Defendant be dismissed with prejudice.  Court costs of this action are assessed against the Defendant.

_____
Judge

Date: 12-15-2005

APPROVED BY:

_____
Edward M. Bearman (14242)
780 Ridge Lake Blvd.
Suite 202
Memphis, TN  38120

_____
Brian Henry, Esq.
750 Main Street
Suite 510
Hartford, CT  06103

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02989 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Charles G. Walker
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Honorable Bernice Donald
US DISTRICT COURT