UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY /tg___ D.C.

05 DEC 23 PM 1:58

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W           PHIS

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY | JUDGMENT IN A CIVIL CASE |
| v. | |
| BROAN NUTONE, LLC | CASE NO: 03-2989-D |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Compromise Settlement And Dismissal entered on December 20, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

_12-23-2005_
Date

THOMAS M. GOULD

_[signature]_
Clerk of Court

(By) _[signature]_ Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12/23/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02989 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Charles G. Walker
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Honorable Bernice Donald
US DISTRICT COURT